

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00124-CV

---

IN THE INTEREST OF A.H., A CHILD

---

On Appeal from the 360th District Court
Tarrant County, Texas[1]
Trial Court No. 360-563169-14, Honorable Patricia Bennett, Presiding

---

June 14, 2022

## MEMORANDUM OPINION

### Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Gary Hawley Jr., appeals from the trial court's *Order in Suit to Modify Parent-Child Relationship.* Now pending before this Court is Hawley's unopposed motion seeking voluntary dismissal of the appeal. The Court finds that the motion to dismiss complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

of the parties concerning the payment of costs, costs will be taxed against Hawley.  *See*

TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will

issue forthwith.

Per Curiam